UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FELIPE LAPASTORA,                           No. 2:10-cv-01919-MCE-KJM

      Plaintiff,

  v.                                        ORDER

SIERRA PACIFIC MORTGAGE
COMPANY, et al.

      Defendants.

----oo0oo----

On September 17, 2010, this Court granted Defendant Central Mortgage Company's ("Defendant") Motion to Dismiss (ECF No. 7) and ordered Plaintiff Felipe Lapastora ("Plaintiff") to file an amended complaint not later than twenty (20) days from the date of said order.  Plaintiff was to file an amended complaint on or before October 7, 2010; however, Plaintiff has failed to timely file an amended complaint.  Plaintiff's counsel of record is now an inactive member of the bar of the State of California.  In light of this, the matter is stayed thirty (30) days to give Plaintiff an opportunity to obtain new counsel.

1

If the Court is not notified of new counsel within thirty (30) days, then the case is terminated with prejudice, no further action will be taken, and the Clerk is ordered to close the case at that time.

   IT IS SO ORDERED.

Dated: November 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE