UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FELIPE LAPASTORA,                        No. 2:10-cv-01919 MCE-KJM

      Plaintiff,

  v.                                     ORDER

SIERRA PACIFIC MORTGAGE
COMPANY, et al.,

      Defendants.

----oo0oo----

Pursuant to the Court's Order on November 3, 2010 (ECF No. 8), Plaintiff has failed to notify the Court of new representation. Therefore, the case is terminated with prejudice, and the Clerk is ordered to close the file.

IT IS SO ORDERED.

Dated: December 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1